DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.B.,** The Mother,
Appellant,

v.

**N.D.,** The Father,
Appellee.

No. 4D2023-1367

[November 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa Small, Judge; L.T. Case No. 502020DP000595.

Antony P. Ryan, Regional Counsel Office of Criminal Conflict and Civil Regional Counsel, Fourth District, and Richard G. Bartmon, Assistant Regional Counsel, West Palm Beach, for appellant.

Andrew A. Holness of Law Offices of Andrew A. Holness, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***